IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**VINCENT E. MCGRIFF,**
    **Plaintiff,**

**vs.**                               **CASE NO.: 3:09cv124/MCR/MD**

**J.S. PETROVSKY, et al.,**
    **Defendants.**

_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 17, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITH PREJUDICE pursuant to plaintiff's notice of voluntary dismissal (doc. 4).

3. The clerk is directed to close the file.

DONE AND ORDERED this 26th day of October, 2009.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**